TRIBETT, APPELLEE, *v.* SHEPHERD ET AL., APPELLANTS.

2016-Ohio-5821.]

(No. 2014–1966—Submitted August 16, 2016—Decided September 15, 2016.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Corban v. Chesapeake Exploration, L.L.C.,* 149 Ohio St.3d 512, 2016-Ohio-5796, 76 N.E.3d 1089.

O'CONNOR, C.J., and O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

PFEIFER and O'NEILL, JJ., dissent.

Myser & Davies, Richard A. Myser, and Adam L. Myser, for appellee.

Bricker & Eckler, L.L.P., Matthew W. Warnock, Daniel E. Gerken, and Daniel C. Gibson, for appellants.

Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A., Gregory W. Watts, Matthew W. Onest, David E. Butz, and William G. Williams, urging affirmance for amici curiae Jeffco Resources, Inc.; Richmond Mill, Inc.; Douglas Henderson; Djuro and Vesna Kovacic; Brett and Kim Trissel; Carol Miller; Barbara L. Miller; Jeffrey V. Miller; Jerilyn E. Christensen and Kjeld F. Christensen, Co–Trustees of the Kjeld F. Christensen Revocable Trust dated September 25, 2012, and the Jerilyn E. Christensen Revocable Trust dated

September 25, 2012; Ralph and Sharley Greer; Jeffrey Hickman; and Christopher and Veronica Wendt.

Yoss Law Office and Ryan M. Regel, urging affirmance for amici curiae David R. Stanley and Carolyn T. Stanley.

Michael DeWine, Attorney General, Eric E. Murphy, State Solicitor, and Samuel C. Peterson, Deputy Solicitor, urging affirmance for amicus curiae state of Ohio.